1

2

3

O

4

5

6

7

8      **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DERRICK LEWIS DAVIS,                )   Case No. CV 14-3792-FMO (KK)
                                          )
12                    Petitioner,         )   **ORDER ACCEPTING FINDINGS**
                                          )   **AND RECOMMENDATION OF**
13             v.                         )   **UNITED STATES MAGISTRATE**
                                          )   **JUDGE**
14   MARK M. BITTER,                      )
                                          )
15                    Respondent.         )
                                          )
16   _____    )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of

18   Habeas Corpus, the records on file, the Court's February 20, 2015 Order, and the

19   Report and Recommendation of the United States Magistrate Judge.  The Court has

20   engaged in a *de novo* review of those portions of the February 20, 2015 Order and the

21   Report to which Petitioner has objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23        In his objections to the Report, Petitioner also requests an evidentiary hearing.

24   However, in habeas proceedings, "an evidentiary hearing is not required on issues that

25   can be resolved by reference to the state court record."  Totten v. Merkle, 137 F.3d

26   1172, 1176 (9th Cir. 1998); see also Earp v. Ornoski, 431 F.3d 1158, 1173 (9th Cir.

27   2005).  "It is axiomatic that when issues can be resolved with reference to the state

28   court record, an evidentiary hearing becomes nothing more than a futile exercise."

1  Totten, 137 F.3d at 1176.  Here, the Magistrate Judge concluded all of Petitioner's
2  claims could be resolved by reference to the state court record.  Accordingly, the Court
3  denies Petitioner's request for an evidentiary hearing.

4       IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
5  Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

8  Dated: October 26, 2015

                                  _____/s/_____
                                  HONORABLE FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE